UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUY DONNELL MILES, | ) | CASE NO. SA CV 06-743-AHM (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| v. | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| | ) | AND RECOMMENDATIONS OF UNITED |
| JOHN C. MARSHALL, WARDEN, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:  April 13, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\SA06CV00743AHM-O.wpd