JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY DONNELL MILES,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN C. MARSHALL, WARDEN,<br><br>        Respondent. | Case No. SA CV 06-743-AHM (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 13, 2009

*[signature]*

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS - 6

C:\Temp\notesFFF692\SA06CV00743AHM-J.wpd